UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICHOLAS SANCHEZ-GARCIA, | ) | |
| | ) | CIVIL ACTION NO. |
| Movant, | ) | |
| | ) | 3:18-CV-2616-G (BH) |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:04-CR-0014-G |
| Respondent. | ) | |

## JUDGMENT

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED, ADJUDGED** and **DECREED** that:

1. The successive motion to vacate under 28 U.S.C. § 2255 is hereby **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002), and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

2. The clerk shall transmit a true copy of this judgment and the order accepting the findings and recommendation of the United States Magistrate Judge to all parties.

October 25, 2018.

A. JOE FISH
**Senior United States District Judge**